Eric H. Gibbs (SBN 178658)
Andre Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
ab@classlawgroup.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Patricia King, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Facebook, Inc.; Cambridge Analytica LLC,<br><br>Defendants. | Case No. 18-cv-02276-EDL<br><br>**CERTIFICATE OF INTERESTED ENTITIES** |

1  Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Plaintiff Patricia King
2  certifies that as of this date, other than the named parties, there is no such interest to report.

4  Dated: April 17, 2018                           Respectfully submitted,

By:   */s/ Eric H. Gibbs*
**GIBBS LAW GROUP LLP**
Eric H. Gibbs (SBN 178658)
Andre M. Mura (SBN 298541)
Aaron Blumenthal (SBN 310605)
505 14th Street, Ste. 1110
Oakland, CA  94612
Telephone:  510-350-9700
Facsimile:  510-350-9701
*ehg@classlawgroup.com*
*amm@classlawgroup.com*
*ab@classlawgroup.com*

Attorneys for Plaintiff